**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

October 12, 2012

**VIA ECF**
The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:   Katzoff v. Integrity**
       **12 CV 3242 (WFK) (SMG)**

Dear Magistrate Judge Gold:

I represent the plaintiff in the above matter.  Please be advised that the matter just settled after a lengthy email exchange with defendant's outside counsel.  I have been provided with a draft settlement agreement.  I apologize that we did not appear for the initial conference.  While I attributed certain shortcomings to an educational program, I believe due to the increase of case filings, I have not taken enough additional steps to ensure that all conferences and deadlines are properly recorded.  It is a shame because I spent last Friday and Sunday during the holiday to just work on managing my calendar.  I unfortunately did not have the conference in my diary.

I want to ensure the Court that there it is never an intentional act to simply not appear for a conference.  As Your Honor is aware, even though I at times have quite a few court appearances, I appear for each personally even though I have been encouraged to hire an associate to appear instead, and I am personally involved in every matter.

I have in my diary to appear on October 22, 2012 at 5:00 p.m.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:   Mark Krassner, Esq.