**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **YISROEL KATZOFF,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**INTEGRITY FINANCIAL PARTNERS, INC.**<br><br>**Defendant.** | ) | **Case No. 12-CV-3242-WFK-SMG** |

**STIPULATION OF DISCONTINUANCE**

It is hereby stipulated and agreed to by and between Plaintiff, Yisroel Katzoff ("Katzoff"), and Defendant, Integrity Financial Partners, Inc. ("Integrity"), by and through their respective undersigned counsel, that the parties have reached a settlement in the present case, and hereby stipulate to discontinuance thereof, with leave to reopen the matter if settlement is not consummated. The parties anticipate that the terms of settlement will be met by November 23, 2012, after which time the matter will be deemed dismissed with prejudice.

Respectfully submitted October 26, 2012.

s/Mark Krassner
Mark Krassner (MK-9317)
Law Office of Mark Krassner
130 West 42nd Street
Suite 801
New York, NY 10036
212-245-2918

s/Adam J. Fishbein
Adam J. Fishbein, P.C. (AF-9508)
Attorney at Law
Attorney for Plaintiffs
483 Chestnut Street
Cedarhurst, New York 11516
Telephone (516) 791-4400
Facsimile (516) 791-4411

**SO ORDERED:**
s/WFK

U.S.D.J.